

FILED

JUN 05 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

AO 241
(Rev. 06/13)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

23 CV 0 2 3 1 GKF · CDL

| United States District Court | District: Northern District of Oklahoma |
|---|---|
| Name (under which you were convicted): CARLOS C. MALONE | Docket or Case No.: CM-2022-3428 CF-2023-889 |
| Place of Confinement : DAVID C. MOSS CJC 300 N. DENVER TULSA OKLA 74103 | Prisoner No.: 0159912 |
| Petitioner (include the name under which you were convicted) CARLOS C. MALONE | v. Respondent (authorized person having custody of petitioner) OKLAHOMA STATE DISTRICT CT, TULSA COUNTY SHERIFF'S OFFICE |
| The Attorney General of the State of: OKLAHOMA | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: TULSA COUNTY DISTRICT COURT STATE OKLAHOMA

   (b) Criminal docket or case number (if you know): CM-2022-3428 + CF 2023-889

2. (a) Date of the judgment of conviction (if you know): 4-21-2023

   (b) Date of sentencing: 4-27-2023

3. Length of sentence: UNKN- OKLAHOMA FORENSIC CENTER

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   I HAVE SERVED A (6) MONTH SENTANCE DEMANDED ON 12-08-2022, AS I MOTION TO PLEA TO AN AMENDED CHARGE OF DISORDERLY CONDUCT, AS UPOSED TO ASCOT OF POLICE OFFICER (PD) JONATHAN CASEY STATED THE MAXIUM IS (6) MONTH, I DEMANDED JURY TRAIL 11-03-2022 (PDO) FIRED 4-3-2023 PRO'SE ESQUIRE

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty ☐ (4) Insanity plea

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ No Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? TO ALL CHARGE'S NOT GUILTY! I HAVE OVER SERVED A SENTANCE NOT CONVICTED OF! (8) MONTH'S NOW!, AS OF DATE (5-20-2023) CM-2022-3428 AND FOR CASE CF-2023-889 SAMUEL, HAROLD, SMALLEY, PLEA BARGAINED OUT OF JAIL!, AN VERBAL ALTERCATION OVER WHAT IS A DIYOD! INVENTED IN CIRCA (1972) DIGITAL

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: STATE DISTRICT COURT OF OKLAHOMA

(b) Docket or case number (if you know): CM-2022-3428 + CF 2023-889

(c) Result: UNSPECIFIED DURATION OF TIME O,F,C, CONFINDMENT

(d) Date of result (if you know): 4-21-2023 OSCN STATED 4-27-2023

(e) Citation to the case (if you know): COMPATENCY TO STAND TRAIL

(f) Grounds raised: 10-03-2022 MISDEMEANOR-TRAFFIC COURT CASE FIRST, THEN 3-10-2023 FELONY CASE CF-2023-889 FILED 3-14-2023 INTURNAL AFFAIRS SANCTION 3-3-2023 TILL 3-23-2023 FOR POSSION OF CONTABAND - SENTANCE SERVED IN FULL SEGRAGATION J-11 CELL JJ-2-M-1! FOR SAID ARGUEMENT WITH CO-DEFENDANT INMATE-CELL MATE! THREATING ACT OF VIOLANCE, FICTICIOUS ACCOUNT!

(g) Did you seek further review by a higher state court? ☑ Yes ☐ No

If yes, answer the following:

(1) Name of court: UNITED STATE'S COURTS

(2) Docket or case number (if you know): UNKN NOW!

(3) Result: ON GOING UNKN OUT COME AT PRESENT TIME, THE STATE COURT WRIT AN ERROR!

(4) Date of result (if you know): AT PRESENT TIME

(5) Citation to the case (if you know): UNKN AT THIS TIME!

(6) Grounds raised: FICTICIOUS AND FRIVOLOUS CHARGE'S NOT WILLING TO BE CONFRONTED BY COUNTY OR STATE COURT'S GIVIN TO DUE PROCESS OF LAW DENIED/ CIVIL, CONSTITUTIONAL, STATITORY, RIGHTS VIOLATED

(h) Did you file a petition for certiorari in the United States Supreme Court? ☑ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): UNKN AT PRESENT TIME

(2) Result: ON GOING AT PRESENT TIME UNKN! THE STATE DISTRICT COURT WRIT AN ERROR!

(3) Date of result (if you know): AT PRESENT TIME

(4) Citation to the case (if you know): A FALLICY OF CONSEQUENCE

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: OKLAHOMA STATE DISTRICT COURT

(2) Docket or case number (if you know): CF 2023-889 + CM-2022-3428

(3) Date of filing (if you know): 5-10-2023 + 5-25-2023

(4) Nature of the proceeding: MOTION TO QUASH

(5) Grounds raised: FALSE ARREST AND FALSE DETAINMENT FIRST NO GROUNDS FOR ARREST AND CHARGE'S NOT FILED WITHIN (72) HOURS, WITH PROBABLE CASE! CM-2022-3428, DUE PROCESS DENIED! CF-2023-889 NOT BOOKED OR ARRAINGED WITHIN (72) HOURS AND FICTICIOUS FRIVOLOUS CHARGE $10,000 AGG BOND, INTERNAL ISSUE W/INMATE, CM-2022-3428 NO PROBABLE CAUSE TO ARREST AND DETENTION! BURGLARY OF VEHICLE NOT FILED OBSTRUCTION, INTERFER W/POLICE NOT FILED, PUBLIC INTOX N/F

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: NOT YET WAITING FOR RETURN NOTICE CLERK

(8) Date of result (if you know): WILL BE WITHIN 5-31-2023

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: TULSA COUNTY DISTRICT COURT

(2) Docket or case number (if you know): CM-2022-3428

(3) Date of filing (if you know): MAY 25/2023

(4) Nature of the proceeding: MOTION TO QUASH

(5) Grounds raised: DENIED DUE PROCESS, NOT FILED OR ARRAINGED WITHIN (72) HOURS, NO PROBABLE CAUSE FOR ARREST, OR DETENTION, Judicual HI-JACKING By Judge RONEY SPARKMAN, AND Judge ANTHONEY Miller, PROBATE COURT NOT NOTAFIED Judge PACE WITHOUT Knowledge OF CARLOS MALONE ARREST, TULSA COUNTY PROBATE ATTORNEY ELISE EBRIGHT! NOT NOTIFIED BY ARRAINGMENT Judge RODNEY SPARKMAN, OR JTSD ARRAINGMENT Judge ANOTHNEY Miller, OR TULSA COUNTY PUBLIC DEFENDER'S OFFICE AcKnoledged (3) party

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: PENDING AS OF PRESENT TIME!

(8) Date of result (if you know): UNKN BY 5/31/23

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❒ Yes ☑ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ❒ Yes ☑ No

(2) Second petition: ❒ Yes ☑ No

(3) Third petition: ❒ Yes ❒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

BECAUSE THE CASES ARE FRIVOLOUS IN NATURE AND SHOULD'NT HAVE BEEN FILED, WITHOUT DUE PROCESS-DENIED EFFECTIVE COUNSEL

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** FALSE ARREST, ARRAINGMENT OUT OF JURISTICTION OF PROBATE, I WAS UNDER MENTAL HEALTH COURT Judge PACE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I WAS ARRESTED AT 1000 S. UTICA TULSA OK. 74104, TRYING TO EAT INFRONT OF STORE Closed WHILE TALKING TO PERSON FEMALE!, SUNDAY OCT, 02-2022, MISTEAKIN IDENTIFICATION All CHARGES NOT FILED BUT AS IT ON POLICE OFFICER! CM-2022-3428 WAS DENIED A PR BOND TILL THIS DATE, ON A MISDEMEANOR CHARGED NOT FOUND GUILTY OF! JudicAlly HIJACKED OUT OF PROVISION OF PROBATE COURT, MENTAL HEALTH COURT Judge PACE, WITH THE Knowledge OF Judges DISTRICT ATTORNEYS OFFICE AND PUBLIC DEFENDER'S OFFICE

(b) If you did not exhaust your state remedies on Ground One, explain why: I'M NOT AN ATTORNEY WITH A (BAR) NUMBER, I'M PRO'SE ESQUIRE, I HAVE A BRAIN INJURY'S I'VE PTSD, ADD (2) TRAMATIC BRAIN INJURY'S, PERANOID SCIZOPHRYNIC DIAGNOSIS I'M (51 YEARS OLD) HAVE'NT BEEN IN JAIL SYSTEM SENSE (NOVEMEMBER) (2007 YEAR!) THAT'S (16 YEARS TO DATE) ON A MISDEMEANOR CHARGE I ONLY HAVE FINSHED THE 5TH GRADE HERBERT HOOVER ELAMENTARY TULSA OKLAHOMA! I NOT AN EDUCATED LAWYER W/EKSPIREANCE! I'M A LATE BLOOMER!

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: TULSA COUNTY COURT HOUSE 500 S. DENVER TULSA OKLA. 74103,

Docket or case number (if you know): CM-2022-3428 + CF2023-889

Date of the court's decision: NONE YET TO THIS DATE

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ONLY THE MOTION TO QUASH

**GROUND TWO:** FOR CASE NO.# CF-2023 FRIVOLOUS CHARGE NOT BOOKED NO ARRAINGMENT COURT DATE PRESENTED!

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

ON MARCH FRIDAY 3RD 2023 WAS SANCTIONED IN SEGRIGATION FOR (POSSION OF CONTRABAND) NOT IN DISPLAINARY REPORT OR SANCTION REPORT ANY THING ABOUT (TREATING ACT OF VIOLANCE) INVALID OF DUE PROCESS NOT FILED WITHIN (72) HOURS, INTURNAL ISSUE TO BE ADMINISTATIVE PROCEDURE'S WRITE UP AND SANCTION NONE OCCURED! NO EVIDENCE OF WRITE UP OR SANCTION'S REPORT OR ADMINISTATIVE HERRING ON ACCUSATION FICTICIOUS CHARGE, DATE OF SAID ARRAINGMENT 3-10-2023 FRIDAY, WAS TO HAVE JURY TRAIL ON COMPENTCY SAME DAY

(b) If you did not exhaust your state remedies on Ground Two, explain why: ALL OF LEGAL DOCUMENTATION WAS TAKEN BY FORCE, BY TULSA COUNTY SHERRIFF'S OFC. PERSONNEL @ 1:49 PM ALL ON CAMERA J-7 ALL MOTION'S TAKEN, LEGAL NOTATION'S T.R.A.C.I.S. REPORTS, AND AFFIDAVIT'S, OKLA BAR ASSOCIATION JUDICAL MISCONDUCT COMPLAINT FORMS TAKEN / FROM PHYICAL POSSION!

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: MOTION TO QUASH

Name and location of the court where the motion or petition was filed: 500 S. DENVER TULSA OKLA. 74103 + THROUGH COURT CLERK DON NEWBERRY

Docket or case number (if you know): CF-2023-889

Date of the court's decision: YET TO BE DECIETED!

Result (attach a copy of the court's opinion or order, if available): NONE TO DATE OF FILING 5-10- AND 5-25-2023

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❐ Yes ❐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐ Yes ❐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ❒ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: MISTEAKEN IDENTAFICATION, FALSE ARREST, FALSE DETENTION, JUDICIAL HIJACKING OF JURISTICTION, DENIED PR BOND!, SECONDARY FALSE FRIVOLOUS CHARGE, NOT BOOKED OR ARRAINGED, INCARATED DOCKET

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
MY HANDS ARE TIED! NONE OF THE JUDICAL PERSONNEL WILL FOLLOW ADMINISTATING LAW AND PROTOCOL WHEN FALONIOUSLY ACTING UNDER COLOR OF LAW!

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ❒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. NOW PLEASE CONSITTER THE ILLEGALITY OF ALL THE STATES BEARDON! AND MALICIOUS PROSACUTION! MISREPERSENTATION OF THE LAW DENIEL OF PRETRAIL BOND, LEGAL MALPRACTISE ON ALL (4) FOUR SIDES OF THE LAW!
ILLEGAL REPRESENTATION BY THE TULSA COUNTY PUBLIC DEFENDER'S OFFICE, AFTER BEING FIRED ON 1-03-2023 CT. ROOM 158. 1:30 PM. MOTION TO PRODUCE WITHHELD 1-3-23

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☑ Yes ❒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. 500 S. DENVER TULSA OKLA. 74103 TULSA COUNTY COURT HOUSE, MOTION TO QUASH, DISMISS, DISCONTENUE, FRIVOLOUS PROCEDDINGS

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea: JONATHAN CASEY TULSA COUNTY PD

(c) At trial: JONATHAN CASEY TULSA COUNTY PD
ILLEGALY REPRESENTED IN COURT ROOM 634 3-21-2023

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence: KEVIN FINNIGAN DEMANDED MAXIUM SENTENCE

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☑ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

MY FIRST COURT DATE WAS 10-10-2022 NOT ALOWED TO ATTEND BY T.C.S.O. PERSONNEL!

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: ORDER OF RELEASE SIGNED FROM CUSTODY CASE'S DISSMISSED CM-2022-3428 + CF-2023-889 WITH All DUE RESPECT YOUR MIGETSTATE!

or any other relief to which petitioner may be entitled.

PRO'SE CARLOS MALONE ESQUIRE

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 5-21-2023 (month, date, year).

Executed (signed) on 5-21-2023 (date).

Carlos G. Malone

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

This package is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FLORIDA EVERGLADES

UNITED STATES POSTAL SERVICE ® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM: CARLOS C. MALONE 015992 ESQUIRE
300 N. DENVER
Tulsa OKLA 74103

RECEIVED
JUN 05 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

postmark unknown

TO:
CLERK UNITED STATES DISTRICT
333 W 4TH ST ROOM 411
Tulsa OKLA 74103-3819

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

PRIORITY®
MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F July 2022
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.



